1
2
3
4
5          **IN THE UNITED STATES DISTRICT COURT**
6         **FOR THE EASTERN DISTRICT OF CALIFORNIA**
7
8    CHARLES ARNOLD,                          No. CIV S-08-1541-CMK-P
9                    Petitioner,
10          vs.                                    <u>ORDER</u>
11   JAMES WALKER,
12                   Respondent.
13   _____/
14          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of
15   habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for
16   leave to proceed in forma pauperis (Doc. 3).  Petitioner's petition will be addressed separately.
17          Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing
18   that petitioner is unable to prepay fees and costs or give security therefor.
19          Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to
20   proceed in forma pauperis is granted.
21
22    DATED:  July 17, 2008
23                                              _____
24                                              **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE
25
26
                                            1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26