**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES ARNOLD, | No. CIV S-08-1541-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| JAMES WALKER, | |
| Respondent. | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time to file a traverse and for appointment of counsel (Doc. 17).

      There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel. Therefore, petitioner's request for appointment of counsel will be denied.

/ / /

1

Petitioner also seeks an extension of time to file a traverse. Good cause appearing therefor, that request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for appointment of counsel (Doc. 17) is denied;

2. Petitioner's request for an extension of time (Doc. 17) is granted; and

3. Petitioner may file a traverse within 30 days of the date of this order.

DATED: October 24, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE