**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES ARNOLD, | No. CIV S-08-1541-FCD-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| JAMES WALKER, | |
| Respondent. | |
| _____/ | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On December 31, 2008, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.

/ / /

/ / /

/ / /

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 31, 2008, are adopted in full;

2. Petitioner's petition for a writ of habeas corpus (Doc. 1) is denied; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: February 6, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE